KRISTIN K. MAYES
ATTORNEY GENERAL

CHRISTOPHER P. WHITE (032224)
CLAUDIA ACOSTA COLLINGS (021647)
Assistant Attorneys General
416 W. Congress St, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2800 • Fax (520) 628-6050
Christopher.White@azag.gov
Claudia.Collings@azag.gov

Attorneys for Defendants Balensky, Brady
Chasan, Jenkins, Lewis, Ryan, Watts, & Wilhite

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Carl Scarlata and Jaime Scarlata, | No. CV23-08111-PHX-DJH |
| Plaintiffs, | **STATE DEFENDANTS'** ***EXPEDITED*** **REQUEST TO APPEAR TELEPHONICALLY AT THE SCHEDULING CONFERENCE ON OCTOBER 30, 2023 AT 8:30 A.M.** |
| v. | |
| Jamie Ryan, et al., | |
| Defendants. | |

Defendants Susan Balensky, Carol Brady, Scott Chasan, Nora Jenkins, Kaitlynn Lewis, Jamie Ryan, Lisa Watts, and Amy Wilhite (State Defendants), by and through undersigned counsel, respectfully request that co-counsel Claudia Acosta Collings be permitted to appear telephonically at the Scheduling Conference on October 30, 2023 at 8:30 a.m. (*see* Doc. 33). Defendants' counsel is located in the Tucson metropolitan area. Co-counsel Christopher White will be out on scheduled annual leave and unable to appear for the scheduling conference. Co-counsel Collings has a summary-judgment motion due on October 30, 2023, in another federal civil rights case that will require her attention in Tucson, where her office is located. Consequently, in the interests of judicial economy, and to avoid four hours of driving time to and from the courthouse in Phoenix, State Defendants respectfully request that their counsel be permitted to appear for the

Scheduling Conference telephonically. Plaintiff's counsel has no objection to Defendants' request.

For the Court's convenience, a proposed form of Order is lodged herewith.

RESPECTFULLY SUBMITTED this  24th  day of October, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Claudia Acosta Collings
CHRISTOPHER P. WHITE
CLAUDIA ACOSTA COLLINGS
Assistant Attorneys General
Attorneys for Defendants Balensky, Brady, Chasan, Jenkins, Lewis, Ryan, Watts & Wilhite

CERTIFICATE OF SERVICE

I hereby certify that on 24th day of October, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joel N. Thurston, Esq.
KEIST THURSTON O'BRIEN, P.C.
Joel@ktolawfirm.com
courtney@ktolawfirm.com

Michael Garth Moore, Esq.
mike@mgmoorelaw.com

*Attorneys for Plaintiffs*

Mark Lammers
Paige E. Scalf
Rusing Lopez & Lizardi, PLLC
6363 N. Swan Rd., #151
Tucson, AZ 85718
*Attorneys for Savanah Sanders*

s/slf
11611180