**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
mdlammers@rllaz.com
pscalf@rllaz.com

Mark D. Lammers
State Bar No. 010335; PAN 330131
Paige E. Scalf
State Bar No. 036959; PAN 67354
*Attorneys for Defendant, Savannah Sanders*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| CARL SCARLATA and JAIME SCARLATA,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMIE RYAN, NORA JENKINS, KAITLYN LEWIS, SCOTT CHASEN, NFN WILLHITE, LIA WATTS, CAROL BRADY, SUSAN BALENSKY, SAVANNAH SANDERS, AMY B. HEIL,<br><br>Defendants. | NO. 3:23-cv-08111-DJH<br><br>**STIPULATION FOR MOTION(S) TO DISMISS BRIEFING SCHEDULE**<br><br>**(Assigned to Hon. Diane J. Humetewa)** |

The Parties, by and through undersigned counsel, hereby stipulate to the following Motion to Dismiss Briefing Schedule:

| DOCUMENT | DEADLINE |
|---|---|
| Defendants' Motion(s) to Dismiss | December 1, 2023 |
| Plaintiffs' Opposition to Motion(s) to Dismiss | January 3, 2024 |

| Defendants' Replies to Opposition to Motion(s) to Dismiss | February 2, 2024 |
|---|---|

This Stipulation is made in good faith and is not for the purposes of delay.

DATED this October 25, 2023.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Mark D. Lammers*
Mark D. Lammers
Paige E. Scalf
*Attorneys for Defendant, Savannah Sanders*

**KEIST THURSTON O'BRIEN, P.C.**

*/s/ Michael G. Moore, signed with permission*
Joel N. Thurston
Michael G. Moore
*Attorneys for Plaintiffs*

**KRISTIN K. MAYES**
**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Christopher P. White, signed with permission*
Christopher P. White
Claudia Acosta Collings
*Attorney for Defendants Balensky, Brady, Chasan, Jenkins, Lewis, Ryan, Watts & Wilhite*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

By:   */s/ Joan Harris*